-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LOUIS S. EARLEY, 08B3280,

       Plaintiff,

   -v-                                    08-CV-6581P
                                        **ORDER**

JONATHON BARKLEY, DAVID CAUSER,
MICHAEL ROBBINS, and MINDY STEVENS,

       Defendants.

---

    Plaintiff, who is incarcerated in the Auburn Correctional Facility, has filed an amended complaint in response to the Court's Order of January 22, 2009. Plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

    The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

    Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

    **SO ORDERED.**

                                              S/ Michael A. Telesca
                                    _____
                                          MICHAEL A. TELESCA
                                     United States District Judge

Dated:   February 11, 2009
           Rochester, New York